**No. 58796.**—H. T. Kennedy Co., Inc., and Daniel F. Young, Inc. *v.* United States, protest 230126–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel spikes similar in all material respects to those the subject of *H. T. Kennedy Co., Inc.*, and *Daniel F. Young, Inc.* v. *United States* (32 Cust. Ct. 124, C. D. 1593), the claim of the plaintiffs was sustained.